APPEAL No. 74-226. THOMAS R. MERLINO *et al. v.* TAX ASSESSORS FOR THE TOWN OF NORTH PROVIDENCE. Motion of appellees for authorization to file brief in excess of 50 pages granted. Paolino, J. not participating. *Norman L. Grant, Thomas R. Merlino,* pro se, for appellants. *Louis Baruch Rubinstein, Robert S. Ciresi,* for appellees.

APPEAL No. 74-271. ERNEST PRATT *v.* WILLIAM A. WOOLLEY *et al.* Motions of appellees to affirm the judgment of the Superior Court under Rule 16(g), as amended, are denied. Paolino, J. not participating. *Joan M. Montalbano,* for appellee, Ernest Pratt. *Taft & McSally, James J. McKenna,* for appellees, William A. Woolley and Jeanette H. Woolley. *Beals, Jerue & DiFiore, David K. Duffell,* for appellant, Suburban Land Company.

## January 17, 1975.

M. P. No. 74-298. WILLIAM MURPHY *v.* JAMES W. MULLEN, *Warden.* Treating this petition for writ of habeas corpus as a petition for writ of certiorari, the petition is granted without prejudice to the right of the State to renew its objection that the issue sought to be argued should first be raised in the Superior Court under the post conviction relief provisions found in P. L. 1974, ch. 220. Paolino, J. not participating. *Bevilacqua & Cicilline, John F. Cicilline,* for petitioner. *Julius C. Michaelson,* Attorney General, *Donald P. Ryan,* Asst. Attorney General, for respondent.

M. P. No. 75-4. IN RE GERARD OUIMETTE. Petition for writ of certiorari is granted without prejudice to the right of the State to raise at the time of oral argument the issue of the improvidence of the grant. Paolino, J. not participating. *Bevilacqua & Cicilline, John F. Cicilline, John F. Sheehan,* for petitioner. *Julius C. Michaelson,* Attorney General, *Donald P. Ryan,* Asst. Attorney General, for respondent.